Mount Vernon unanimously reinstated, with costs. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

ELIZABETH SWEENEY, as Administratrix, etc., of GEORGE FRANCIS SWEENEY, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

MARY E. WARREN, Respondent, v. WILLIAM G. WARREN and Another, Appellants.— Judgment and order reversed, and new trial granted, with costs to abide the event, upon the ground that the verdict of the jury upon the issues submitted was against the weight of the evidence. Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

ZENAS WARREN, Respondent, v. EDWARD J. BURLINGHAM, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

SAMUEL ZURICH, Appellant, v. BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

*Decisions by the Presiding Justice on Application to Appeal from the Appellate Term.*

CHARLES M. HALL, Respondent, v. LEONARD PORTER and WILLIAM H. HARDEN, Copartners, etc., Appellants.— Motion granted, without costs, on condition that the motion for leave to appeal from the Appellate Term be submitted on or before April 15, 1921.

CHARLES M. HALL, Respondent, v. LEONARD PORTER and WILLIAM H. HARDEN, Partners, etc., Appellants.— Application denied, without costs. (See *Handy* v. *Butler*, 183 App. Div. 359.)

---

FIRST DEPARTMENT, MAY, 1921.

MAX E. KLEIN, Respondent, *v.* WILLIAM J. SMITH, Appellant.

*Appeal — motion for reargument — motion papers stricken from files because impertinent and disrespectful to court — attorney censured and reprimanded.*

Motion for reargument of appeal from judgment and order of the Supreme Court, New York county. (See 195 App. Div. 870.)

PER CURIAM: The motion papers submitted by Jay A. Gilman and Isidor Enselman, as counsel for the plaintiff, are impertinent and disrespectful to the court. They will, therefore, be ordered stricken from the files of the court, and the two attorneys above named are censured and reprimanded for their contumacious conduct. The motion for a reargument is denied, with ten dollars costs, to be paid by the attorneys personally. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ. Motion denied, with ten dollars costs to be paid by the attorneys personally, and the moving papers stricken from the files of the court.